ORLOFF, LOWENBACH, STIFELMAN & SIEGEL
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

JOEL D. SIEGEL*
LAURENCE B. ORLOFF*
STANLEY SCHWARTZ*
JEFFREY M. GARROD*
SANDERS M. CHATTMAN
SAMUEL FELDMAN*
EDMUND A. MIKALAUSKAS
SUSAN M. HOLZMAN*
WILLIAM J. ADELSON*
EUGENIA YUDANIN*
PHILIP C. CORBO*
ADAM M. HABERFIELD
CRAIG A. OLLENSCHLEGER
MATTHEW T. ASLANIAN

101 EISENHOWER PARKWAY - SUITE 400
ROSELAND, NEW JERSEY 07068-1097
(973) 622-6200   •   FAX: (973) 622-3073

43 WEST 43RD STREET - SUITE 179
NEW YORK, NEW YORK 10036-7424
(212) 804-5708

www.olss.com

AZRIEL J. BAER*
DAVID GORVITZ*
LAURA N. WILENSKY*
XIAO SUN*
DEVIN A. COHEN*

OF COUNSEL
RALPH M. LOWENBACH*
FLOYD SHAPIRO

FRANK L. STIFELMAN
1937-2015

* MEMBER NJ & NY BARS

October 6, 2017

REFER TO FILE NO.
32605-166

*VIA ECF*
Hon. Freda L. Wolfson, U.S.D.J.
Clarkson S. Fisher Federal Building &
    United States Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   Gumersell v. Nestlé Waters North America Inc.
      Civil Action No. 3:17-cv-1516-FLW-DEA

Dear Judge Wolfson:

I write to inform the Court that the parties have reached a settlement in the above-captioned matter. Accordingly, no further consideration by the Court of Defendant Nestlé Waters North America Inc.'s Motion to Dismiss Plaintiff's Complaint Pursuant to *Fed. R. Civ. P.* 9(b) and 12(b)(6), returnable on May 1, 2017, is necessary at this time. [Doc. 7].

A Stipulation of Dismissal will be forthcoming.

Thank for your courtesies.

Respectfully yours,

Craig A. Ollenschleger
CRAIG A. OLLENSCHLEGER

CO/rp
cc:   Maureen V. Abbey, Esq. (Via ECF)
      Oscar M. Price, IV, Esq. (Via ECF)
      Taylor C. Bartlett, Esq. (Via ECF)