Taylor C. Bartlett, N.J. Bar No. 142752015
Maureen V. Abbey, N.J. Bar No. 020782005
**HENINGER GARRISON DAVIS, LLC**
535 Boulevard
Kenilworth, New Jersey 07033
Tel.: 908-379-8476
Fax: 205-380-8085
taylor@hgdlawfirm.com
maureen@hgdlawfirm.com

Nicholas W. Armstrong
Oscar M. Price, IV
**PRICE ARMSTRONG, LLC**
2421 2nd Avenue North, Suite 1
Birmingham, AL 35203
Phone: 205-208-9588
Fax: 205-208-9598
nick@pricearmstrong.com
oscar@pricearmstrong.com

Attorneys for Plaintiff John Gumersell

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JOHN GUMERSELL, | : | Civil Action No. 3:17-cv-1516-FLW-DEA |
| Plaintiff, | : | |
| v. | : | |
| NESTLÉ WATERS NORTH AMERICA INC., | : | **STIPULATION OF DISMISSAL** |
| Defendant. | : | |

   IT IS STIPULATED AND AGREED that the above-captioned matter be and is hereby dismissed, with prejudice as to Plaintiff John Gumersell's

individual claims, and without prejudice as to the putative class claims asserted in the above-captioned matter.  Each party shall bear its own costs and expenses.

| | |
|---|---|
| HENINGER GARRISON DAVIS, LLC<br>Attorneys for Plaintiff | ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.<br>Attorneys for Defendant |
| BY:  */s/ Taylor C. Bartlett*<br>         Taylor C. Bartlett | BY:  */s/ Craig A. Ollenschleger*<br>         Craig A. Ollenschleger |

Dated:  November 28, 2017